in an action to recover damages for death of intestate caused by falling steam shovel.) Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

MARIANO NASELLO and ROSE NASELLO, Appellants, and JESSIE ANNIE D. McINTOSH, as Sole Surving Executor, etc., Plaintiff, v. THE HOME INSURANCE COMPANY OF NEW YORK and Others, Respondents.— Judgment and orders affirmed, with costs. All concur; Thompson, J., having been present at the argument of said appeal, but having died on the 7th day of April, 1937, without having taken any part in the determination of this appeal. (The judgment is for defendant in eleven actions consolidated in one action to recover upon fire insurance policies. One order denies plaintiffs' motion for a new trial and the other two orders deny plaintiffs' motion to correct the record of the trial.) Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.

FRANK FRICK, Respondent, v. NEWELL K. CONE, as Executor, etc., of JOSEPHINE FRICK, and Others, Defendants, ALFRED MUSTY and Others, Appellants.— Judgment affirmed, with costs. All concur. (The judgment awards plaintiff title to certain real and personal property pursuant to an alleged oral trust.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

CALDWELL & WARD BRASS COMPANY, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent. (Claim No. 24242.) — Judgment affirmed, without costs. All concur, except Crosby, J., who dissents and votes for reversal on the law and for dismissal of the claim. (The judgment awards claimant damages resulting from invasion of right to light, air and access by Syracuse Railroad Crossing Elimination System.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

CHAMPION OIL COMPANY, INCORPORATED, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent. (Claim No. 24197.) — Judgment affirmed, without costs. All concur. (The judgment awards claimant damages by reason of closing of access to property by construction of the Syracuse Railroad Crossing Elimination System.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

J. OTIS KNIGHTS and Others, Respondents, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24047.) — Judgment affirmed, with costs. All concur. (The judgment awards claimants damages resulting by reason of change of grade of a street.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MAUDE E. DELAFIELD, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent. (Claim No. 24179.) Judgment affirmed, without costs. All concur. (The judgment awards claimants damages resulting by reason of change of grade of a street.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Application for the Construction of Certain Provisions of the Will of MARY H. WARD, Deceased.— Decree affirmed, with costs payable out of the estate. Memorandum: We construe the word " heirs " in this will as comprising those who would have been heirs if testatrix's son George had died contemporaneously with the testatrix and under this construction the respondent, the widow of the testatrix's son George, is an heir of her husband. (Dec. Est. Law, §§ 81, 83; Matter of Chalmers, 264 N. Y. 239.) All concur. (The decree construes a will.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

JAMESTOWN WOOD FINISHING COMPANY, INCORPORATED, Appellant, v. THE

PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an action to recover death benefit under a life insurance policy. The order sets aside special findings of the jury and grants motion for direction of the verdict.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY C. MONTGOMERY, Appellant, v. THE PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an action to recover death benefit under a life insurance policy. The order sets aside special findings of the jury and grants motion for direction of the verdict.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY FLORENCE BOOKER, an Infant, by ARTHUR BOOKER, Her Guardian ad Litem, Respondent, v. EARL C. SCHEELAR, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries in an automobile negligence action. The order denies defendant's motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

ARTHUR BOOKER, Respondent, v. EARL C. SCHEELAR, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for loss of services of plaintiff's daughter due to injuries received in an automobile accident. The order denies defendant's motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY REILLY, Respondent, v. RAYMOND RAWLEIGH, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $2,816 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Memorandum: We find the court erred in allowing the jury to consider as an element of damage the loss of earnings to plaintiff in her business as keeper of a rooming and boarding house. (*Dalmas* v. *Gordon*, 210 App. Div. 239; *Galanis* v. *Simon*, 222 id. 330; affd., 250 N. Y. 524.) All concur. (The judgment awards plaintiff damages for personal injuries sustained by plaintiff and for loss of services of plaintiff's son due to injuries received in an automobile collision. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

CLARA WHITNEY and ARTHUR WHITNEY, Respondents, v. ABRAHAM VAN BORTLE and Others, Appellants, and Another, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages to plaintiffs for personal injuries sustained by slipping at an entranceway. The order denied motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.

JOHN L. CANTABENE, as Administrator, etc., of ANTHONY CANTABENE, Deceased, Appellant, v. EDWIN C. PERCY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

WILLIAM E. HILL, by BLANCHE H. SIKES, His Guardian ad Litem, and Others, Appellants, v. JACOB I. TRENKLE and CATHERINE TRENKLE, Individually and